# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00299-CR
NO. 03-05-00300-CR
NO. 03-05-00301-CR
NO. 03-05-00302-CR
NO. 03-05-00303-CR
NO. 03-05-00304-CR
NO. 03-05-00305-CR
NO. 03-05-00306-CR
NO. 03-05-00307-CR

**Dustin McManus, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
NOS. 3032130, 3032131, 3032132, 3032133, 3032134, 3032135, 3032136, 3032137 & 2034490
HONORABLE BOB PERKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In each of these causes, Dustin McManus seeks to appeal from a judgment of conviction for aggravated assault. The sentences were imposed on November 9, 2004. There was a timely motion for new trial. The deadline for perfecting appeal was therefore February 7, 2005. Tex. R. App. P. 26.2(a)(2). The notices of appeal were filed on May 24, 2005. Under the circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by

dismissing them for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed for Want of Jurisdiction

Filed:   June 14, 2005

Do Not Publish